# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheri Kane,<br><br>        Plaintiff,<br><br>v.<br><br>Foothills Rehabilitation Center LLC, et al.,<br><br>        Defendants. | No. CV-15-00519-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Complaint, filed by Defendants Foothills Rehabilitation Center LLC, et al., on December 29, 2015. (Doc. 11.) The parties indicate that additional time is needed to facilitate a private resolution of the matter. The Court having considered the Stipulation and good cause appearing,

IT IS ORDERED that the parties joint Stipulation (doc. 11) is GRANTED. Defendants shall have up to and including January 12, 2016 to answer or otherwise respond to Plaintiff's Complaint.

Dated this 4th day of January, 2016.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge