**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZIONA

| | |
|---|---|
| SHERI KANE,<br><br>    Plaintiff,<br><br>v.<br><br>FOOTHILLS REHABILITATION CENTER, LLC, an Arizona limited liability company; and WILLIAM ROTHNER and JANE DOE ROTHNER, husband and wife,<br><br>    Defendants. | Case No. 4:15-cv-00519-JGZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of her dismissal with prejudice of this action, each side to bear their own attorneys' fees and costs.

Dated:  January 5, 2016               Respectfully submitted,

**PHILLIPS DAYES NATIONAL
EMPLOYMENT LAW FIRM PC**

By  /s/Trey Dayes
    Trey Dayes
    Sean Davis
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

John Alan Doran
Lori Wright Keffer
Matthew Hesketh
201 East Washington Street, Suite 800
Phoenix, Arizona 85004-2327
Attorneys for Defendants

By: /s/Nasser Abujbarah
    Nasser Abujbarah
    Paralegal for Sean Davis